# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

ADER RAMIREZ VELASQUEZ,
Petitioner,

v.

TODD BLANCHE, *et al.*,
Respondents.

Case No.: 2:26-cv-03562-RFB-NJK

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Ader Ramirez Velasquez, has two other habeas proceedings in this District: Ader Ramirez Vasquez v. The United States of America, No. 2:26-cv-00430-APG-DJA, which is closed but briefing on Petitioner's motion to enforce is complete and pending a decision; and Ader Ramirez Velasquez v. Todd Blanche, No. 2:26-cv-03479-RFB-EJY, which Petitioner initiated on October 21, 2026, by filing a pro se petition.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **November 9, 2026**, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of one or both of Petitioner's other pending habeas proceedings.

Alternatively, on or before **November 9, 2026**, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in another pending habeas proceeding.

**DATED:** October 29, 2026

/s/ Richard F. Boulware, II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**